CHEVRON U.S.A., INC.,
Plaintiff–Appellee,

v.

UNITED STATES, Defendant–
Appellant.

No. 2008–5061.

United States Court of Appeals,
Federal Circuit.

Sept. 11, 2008.

Lawrence D. Rosenberg, Principal Attorney, Jones Day, Washington, DC, for Plaintiff–Appellee.

John E. Kosloske, Principal Attorney, Department of Justice, Washington, DC, for Defendant–Appellant.

### ORDER

Upon further consideration, it is

ORDERED that the appeal is hereby REACTIVATED, and it is further

ORDERED that the appeal is dismissed under Fed. R. App. P. 42(b).